# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES CONNER GREEN,<br><br>              Plaintiff,<br><br>  v.<br><br>UNITED STATES SUPREME COURT, et al.,<br><br>              Defendants. | CASE NO. 2:24-cv-01191-TL<br><br>**ORDER TRANSFERRING CASE TO THE WESTERN DISTRICT OF MISSOURI** |

On August 5, 2024, Plaintiff James Conner Green filed an Application to Proceed in Forma Pauperis ("IFP") and proposed Complaint, in which he purports to numerous state and federal supreme and trial courts. Dkt. Nos. 1, 1-1. Plaintiff alleges the events giving rise to his claim occurred on April 4, 1998, in two counties in Missouri. Dkt. No. 1-1 at 6. The name of the first county is illegible, and the second county listed is Boone County. *Id.*

When a case is filed in the wrong district, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also* 28 U.S.C. § 1391 (venue). Because the alleged conduct giving rise to Plaintiff's Complaint occurred in Boone County, Missouri, the Court finds that the proper venue for this case is the Western District of Missouri. The Court has not reviewed the merits of Plaintiff's IFP application or the Complaint and transfers this case to the Western District of Missouri so that it may screen the case under its own requirements.

ORDER TRANSFERRING CASE TO THE
WESTERN DISTRICT OF MISSOURI - 1

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western District of Missouri. The Clerk is directed to take the steps necessary to transfer this case. A copy of this Order shall be provided to Plaintiff.

DATED this 6th day of August, 2024.

Tana Lin
United States District Judge